AO 456 (5/85) Civil / Criminal Notice

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Sep 12 2013
Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

**USA**

vs.

**(2) GLORIA BRIONES**

*Defendant*

**Case Number: EP:13-M -04031(2)**

## NOTICE OF RESETTING

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **525 Magoffin Avenue**<br>**El Paso, TX 79901** | **Magistrate Courtroom, Room 412** |
| | DATE AND TIME |
| | **September 16, 2013 at 9:00 AM** |

TYPE OF PROCEEDING

**DETENTION HEARING**

**ANNE T. BERTON**
UNITED STATES MAGISTRATE JUDGE

| **September 12, 2013** | **Cecie Rodriguez  (915) 834-0534** |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO: DEFENDANT
     DEF ATTORNEY: **Robert J. Perez**
     U.S. PROBATION
     U.S. PRETRIAL
     U.S. ATTORNEY:
     U.S. MARSHAL